UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-162-GWU

REGINA SEXTON,                                                                             PLAINTIFF,

VS.                                               **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                   DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)   the Defendant's motion for summary judgment is GRANTED;

(2)   the Plaintiff's motion for summary judgment is DENIED; and

(3)   the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 30th day of June, 2009.



**Signed By:**

<u>*G. Wix Unthank*</u>

**United States Senior Judge**